IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00629-MSK-MEH

TEXTRON FINANCIAL CORPORATION,

      Plaintiff,

v.

JEFFREY M. FENTON, and
KIMBERLY V. FENTON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 10, 2011.**

      Plaintiff's Motion to Vacate Scheduling Conference [filed May 9, 2011; docket #12] is **granted**. Default has been entered against the Defendants and the motion for default judgment has been referred to this Court for disposition; therefore, the Scheduling Conference currently set for June 3, 2011, is **vacated**.